Certificate Number: 16199-CAE-CC-029921958



16199-CAE-CC-029921958

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 24, 2017, at 1:02 o'clock PM EDT, Radhey Shyam received from CC Advising, Inc. , an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:    September 24, 2017         By:     /s/Dillon McAdon for Sonia Hernandez

Name:   Sonia Hernandez

Title:    Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 16199-CAE-CC-029921959



16199-CAE-CC-029921959

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 24, 2017</u>, at <u>1:02</u> o'clock <u>PM EDT</u>, <u>Lilliam I Shyam</u> received from <u>CC Advising, Inc.</u> , an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>September 24, 2017</u>      By:     <u>/s/Dillon McAdon for Sonia Hernandez</u>

Name:   <u>Sonia Hernandez</u>

Title:     <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).